PACKARD MOTOR CAR COMPANY OF NEW YORK, Appellant, *v.* AMERICAN BALSA WOOD CORPORATION, Respondent.

(Submitted January 6, 1930, decided January 14, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 252 N. Y. 174.)

97 BLEECKER STREET, INC., Appellant, *v.* ESS DEE GEE Co., INC., Respondent.

(Submitted January 6, 1930; decided January 14, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 252 N. Y. 555.)

NORWEGIAN EVANGELICAL FREE CHURCH, Respondent, *v.* MICHAEL MILHAUSER, Appellant.

(Submitted January 6, 1930; decided January 14, 1930.)

Motion for reargument denied, without costs. (See 252 N. Y. 186.)

In the Matter of the Estate of OTTO KIEKEBUSCH, Deceased.

EMIL KIEKEBUSCH, as Executor, Appellant; IDA KIEKEBUSCH, Respondent.

(Submitted January 6, 1930; decided January 14, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 244 N. Y. 236.)

VILLAGE OF LYNBROOK, Appellant, *v.* GEORGE J. CADOO et al., Respondents, Impleaded with Others.

(Submitted January 6, 1930; decided January 14, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 252 N. Y. 308.)